1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   CHARLEY STEPHENSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.-S-04-406-FCD |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND ORDER |
|  | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) |  |
| CHARLEY STEPHENSON.,et al., | ) |  |
|  | ) | DATE: November 14, 2005 |
|  | ) | Time: 9:30 a.m. |
| DEFENDANTS. | ) | Judge: Honorable Judge Franck C. Damrell |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Kenneth J. Melikian, and defendant CHARLEY STEPHENSON., by his counsel James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, October 11, 2005, at 9:30 a.m.** before the Honorable District Court Judge Garland E. Burrell, Jr., be vacated and rescheduled to Monday, November 14, 2005 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to review additional discovery with his client, to examine possible defenses, and to continue on-going investigation of the facts of this case. In addition, it will allow the government and defense counsel time to carry on discussions regarding the possible resolution of this matter.

The parties stipulate and agree that time shall be excluded **through Friday, September 10, 2004, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T**-4.

1

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: October 19, 2005

/s/ KENNETH J. MELIKIAN by telephone authority
_____
KENNETH J. MELIKIAN
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: October 19, 2005

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
CHARLEY STEPHENSON

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 19, 2005.

/s/ Frank C. Damrell Jr.
_____
**FRANK C. DAMRELL JR.
UNITED STATES DISTRICT COURT JUDGE**

2