```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 04-406 FCD |
| Plaintiff, ) | |
| ) | **JOINT STIPULATION TO CONTINUE** |
| ) | **STATUS HEARING** |
| ) | |
| ) | Date:  February 6, 2006 |
| Charley Joseph Stephenson, ) | Time:  9:30 a.m. |
| ) | Court: Honorable Frank C. |
| ) |        Damrell Jr. |
| Defendant. ) | |

    COMES NOW the United States of America, by and through its attorneys, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney, as well as James R. Greiner counsel for defendant, and respectfully request that the change of plea hearing currently scheduled for Monday, February 6, 2006, be continued to Tuesday, February 21, 2006, at 9:30 a.m.  The parties who are in the midst of negotiations are waiting to receive additional information which is material to the disposition of this matter.  The parties also request that time continue to be excluded for preparation of counsel, pursuant to

1

Local Code T4, and Title 18, United States Code, Section 3161(h)(8)(B)(iv).

```
                     Respectfully submitted,
                     McGREGOR W. SCOTT
                     United States Attorney

                       /s/ Kymberly A. Smith
                     KYMBERLY A. SMITH
                     Assistant United States Attorney

                       /s/ Kymberly Smith for James R. Greiner
                     JAMES R. GREINER, Attorney at Law
                     Counsel for defendant, Charley Joseph
                     Stephenson
```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

Based upon the foregoing and for good cause shown, it is hereby **ORDERED** that the change of plea hearing currently scheduled for Monday, February 6, 2006, be and the same hereby is **CONTINUED** to Tuesday, February 21, 2006, at 9:30 a.m., all parties to be present.

It is **FURTHER ORDERED** that at the request of both parties, time shall continue to be excluded for preparation of counsel, pursuant to Local Code T4, and Title 18, United States Code, Section 3161(h)(8)(B)(iv), through February 21, 2006.

IT IS SO ORDERED.

DATED: February 6, 2006

```
                       /s/ Frank C. Damrell Jr.
                     THE HONORABLE FRANK C. DAMRELL, JR.
                     United States District Court
                     Eastern District of California
```