1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951

5 ATTORNEY FOR DEFENDANT
CHARLEY STEPHENSON

6

7

8 IN THE UNITED STATES DISTRICT COURT FOR THE

9 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | CR.-S-04-0406–FCD |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE JUDGMENT AND |
| v. | ) | SENTENCE TO MONDAY |
| | ) | JANUARY 22, 2007 |
| CHARLEY STEPHENSON, et al., | ) | |
| | ) | "AS MODIFIED" |
| | ) | |
| DEFENDANTS | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Ken Melikian, and defendant CHARLEY STEPHENSON, by his counsel Mr. James R. Greiner, hereby agree and stipulate that the judgment and sentencing set for Monday, November 20, 2006, at 10:00 a.m., in Courtroom #1 before the Honorable District Court Judge FRANK C. DAMRELL, Jr., can be continued to Monday, January 22, 2007, at 10:00 a.m., in Courtroom #1, before the Honorable District Court Judge FRANK C. DAMRELL, Jr.

Counsel for the defense has cleared the date and time with the Court's Courtroom Deputy.

///

///

///

1

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 11-17-06

/s/ Ken Melikian
_____
KEN MELIKIAN
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 11-17-06

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT STEPHENSON

**ORDER**

**IT IS SO ORDERED.**

DATED: November 17, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE