**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CHARLEY STEPHENSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-04-0406–FCD |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE JUDGMENT AND |
| v. ) | SENTENCE TO MONDAY |
| ) | MARCH 12, 2007 |
| CHARLEY STEPHENSON, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Ken Melikian, and defendant CHARLEY STEPHENSON, by his counsel Mr. James R. Greiner, hereby agree and stipulate that the judgment and sentencing set for Monday, March 5, 2007, at 10:00 a.m., in Courtroom #1 before the Honorable District Court Judge FRANK C. DAMRELL, Jr., can be continued to Monday, March 12, 2007, at 10:00 a.m., in Courtroom #1, before the Honorable District Court Judge FRANK C. DAMRELL, Jr.

Counsel for the defense has cleared the date and time with the Court's Courtroom Deputy.

///

///

///

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|   | /s/ Ken Melikian<br>By telephone authorization |
| DATED: 3-2-07 | _____<br>KEN MILIKIAN<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEY FOR THE PLAINTIFF |
|   | /s/ James R. Greiner |
| DATED: 3-2-07 | _____<br>JAMES R. GREINER<br>ATTORNEY FOR CHARLEY STEPHENSON |

**IT IS SO ORDERED.**

DATED: MARCH 2, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE