JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLEY JOSEPH STEPHENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:04-cr-00406-1-MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER DISMISSING |
| v. | ) OCTOBER 10, 2012, PETITION FOR |
| | ) WARRANT OR SUMMONS FOR OFFENDER |
| CHARLEY JOSEPH STEPHENSON, | ) UNDER SUPERVISION |
| Defendant. | ) |
| | ) Judge: Hon. Morrison C. England, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED to between the United States of
America through TODD PICKLES, Assistant U.S. Attorney, and defendant
CHARLEY JOSEPH STEPHENSON by and through his counsel, BENJAMIN
GALLOWAY, Assistant Federal Defender, that the Petition for Warrant or
Summons for Offender under Supervision filed on October 10, 2012
[Docket Entry 135] be dismissed.

Mr. Stephenson was sentenced in this matter on January 31, 2013.
Dismissal of this petition is consistent with the probation officer's
recommendation at page 6 of the January 24, 2013 Dispositional
Memorandum that "the petition filed October 10, 2012, be dismissed

following sentencing in this matter, as this recommendation considers

[Stephenson's] conduct alleged in the new petition."


Dated:   February 1, 2013

                                    Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender


                                    /s/ Benjamin Galloway
                                    BENJAMIN D. GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CHARLEY JOSEPH STEPHENSON

Dated:   February 1, 2013


                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Benjamin Galloway for
                                    TODD PICKLES
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

1

**ORDER**

2      The Court having received, read, and considered the Stipulation

3 and Proposed Order Dismissing the October 10, 2012, Petition for

4 Warrant or Summons for Offender under Supervision, and good cause

5 appearing therefrom, it is hereby ordered that the October 10, 2012

6 Petition for Warrant or Summons for Offender under Supervision (ECF No.

7 135) is DISMISSED.

8

9      **IT IS SO ORDERED.**

10

DATED: February 13, 2013

11

12 _____

13 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28